ANNETTA HANSEL et al., as Administrators of FREDERICK MENTS, Deceased, Respondents, *v.* HENRY BOTH, Appellant.

*Ments* v. *Both*, 36 App. Div. 348, affirmed.
(Submitted March 6, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Samuel Hoff* for appellant.

*Robert H. Roy* and *John Naumer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.